FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT YORK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE VALLEY; CITY OF LIBERTY LAKE; SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH; SPOKANE COUNTY DEPUTY DEREK J. NCNAIL; SPOKANE COUNTY DEPUTY RICHEY; OFFICER TYLER HEIMAN,<br><br>    Defendants. | No. 2:21-CV-00293-SAB<br><br>**ORDER DISMISSING DEFENDANTS OFFICER HEIMAN AND CITY OF LIBERTY LAKE** |

Before the Court is the parties' Motion for Stipulated Dismissal of Defendants Heiman and City of Liberty Lake with Prejudice, ECF No. 17. The parties stipulate and request the Court dismiss Defendants Officer Tyler Heiman and City of Liberty Lake with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

//

//

//

**ORDER DISMISSING DEFENDANTS OFFICER HEIMAN AND CITY OF LIBERTY LAKE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant City of Liberty Lake's Motion to Dismiss Pursuant to F.R.C.P. 12(B)(6), ECF No. 16, is **DISMISSED** as moot.

2. The parties' Motion for Stipulated Dismissal of Defendants Heiman and City of Liberty Lake with Prejudice, ECF No. 17, is **GRANTED**.

3. Defendants Officer Tyler Heiman and City of Liberty Lake are **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 2nd day of March 2022.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANTS OFFICER HEIMAN AND CITY OF LIBERTY LAKE** # 2