FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT YORK, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE VALLEY,<br>SPOKANE COUNTY SHERIFF OZZIE<br>KNEZOVICH, SPOKANE COUNTY<br>DEPUTY DEREK J. MCNAIL, and<br>SPOKANE COUNTY DEPUTY<br>RICHEY,<br><br>    Defendants. | No. 2:21-CV-00293-SAB<br><br>**ORDER DISMISSING CITY OF<br>SPOKANE VALLEY** |

Before the Court is the Parties' Stipulated Motion for Dismissal of All Claims Against Defendant City of Spokane Valley with Prejudice, ECF No. 20. The Motion is considered without oral argument. Plaintiff is represented by Douglas D. Phelps and Defendants are represented by Kristopher P. Morton and Heather C Yakely.

The parties stipulate and request the Court dismiss Defendant City of Spokane Valley with prejudice and without awarding either party attorney's fees or costs. The parties further agree that the remaining defendants will not pursue the City of Spokane Valley's potential comparative negligence as defense.

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL** # 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.      Parties' Stipulated Motion for Dismissal of All Claims Against Defendant City of Spokane Valley with Prejudice, ECF No. 20, is **GRANTED**.

2.      Defendant City of Spokane Valley is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 21st day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL # 2**